| | |
|---|---|
| GARY G. HAMPTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> YUBA COUNTY JAIL, et al., <br><br> Defendants. | No. 2:17-cv-2179 AC P <br><br><br> ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2019, the court issued an order which screened plaintiff's complaint and granted his motion to proceed in forma pauperis. See ECF No. 6. At the same time, the court issued an order to the Sheriff of Yuba County directing the collection of the imposed filing fee from plaintiff's inmate trust account. See ECF No. 7. On May 28, 2019, however, an accounting representative from the Yuba County Jail informed the court that plaintiff is no longer in its custody. See ECF No. 8. As a result, the court's screening order and its order directing the withdrawal of monthly payments were returned to the court.

The record indicates that plaintiff is currently serving his sentence at High Desert State Prison located in Susanville, California. See ECF No. 8. Plaintiff's new address has been

1

updated on the docket, and a new order directing the Director of the California Department of Corrections and Rehabilitation to withdraw monthly filing fee payments from plaintiff's trust account shall issue under separate order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall resend the court's screening order issued May 14, 2019 (ECF No. 6) to plaintiff at his new address of record at High Desert State Prison.

DATED: June 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE