UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. HAMPTON,<br><br>Plaintiff,<br><br>v.<br><br>YUBA COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:17-cv-2179 AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 19, 2019, plaintiff filed a notice regarding his move to a different location in prison. ECF No. 13. At the end of the notice, plaintiff laments the fact that he received the May 14, 2019 order that granted him time to file a first amended complaint (see ECF No. 6) well after the date that the amended complaint was to be filed. See ECF No. 13 at 6.

A review of the docket indicates that the court's order issued May 14, 2019, which granted plaintiff the opportunity to file an amended complaint, was returned to the court with indications that plaintiff was no longer in the custody of the Yuba County Jail. A notice filed at the end of May 2019 by the Yuba County Jail confirmed this fact, and stated that plaintiff is currently housed at High Desert State Prison. See ECF No. 8. As a result, on June 3, 2019, the

court directed the Clerk of Court to resend the screening order to plaintiff at his current address. <u>See</u> ECF No. 9.

In light of these facts, plaintiff will be granted a reasonable amount of additional time to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's amended complaint shall be filed by July 22, 2019.

DATED: June 21, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE